UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 24-60313
THOMAN, MARY LOU )
) Chapter 7
)
Debtor(s) ) Judge: MARY ANN WHIPPLE

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: 04/18/24      Time: 10:00am

Debtor(s)' Attorney: JONATHON CARL ELGIN

Examination Conducted by:
    Interim Trustee: JOSIAH L. MASON (x)
    Elected Trustee: _____ ( )    Disputed? ( )
    Other: _____ ( )

### Results of Meeting:

| | | |
|---|---|---|
| Held (x) | Not Held | ( ) |
| Concluded (x) | Debtor Failed to Appear | ( ) |
| Continued ( ) | Attorney Failed to Appear | ( ) |
|   Date: _____ | Rescheduled: Yes ( ) No ( ) | |
|   Time: _____ |   At §341 ( ) Prior to §341 ( ) | |

Date: _____
Time: _____

Address: Changed to:

Address Correct (x)      Motion to Dismiss to Follow ( )
                                 Other: See Comments ( )

#### 707(b) Review

Case Determined to be:    Asset: ( )    No Action Required (x)
                       No Asset ( )    Recommend UST Action ( )
                       Undetermined (x)    (see below letter to follow)

Creditors Present:
| Creditor | Representative | Address & Phone |
|---|---|---|
| | none | |
| | | |

Comments:

/s/Josiah L. Mason
JOSIAH L. MASON
Panel Trustee